UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :    Chapter 13
                                                :
NICHOLAS M. RODGERS AND,                        :    No. 24-11876-PMM
EVANN C. RODGERS,                               :
                  Debtors                       :

## ORDER

UPON CONSIDERATION of the Motion of Fulton Bank, N.A. to Waive Notice Requirement of Rule 3002.1 of the United States Bankruptcy Code Nunc Pro Tunc to May 31, 2024, it is

ORDERED that the monthly Notice requirement imposed by Rule 3002.1 of the Bankruptcy Code required to be filed by Fulton Bank, N.A. is Waived; and

FURTHER ORDERED that Fulton Bank, N.A. shall file any required Notices of Payment Change yearly, beginning with the September 24, 2024 payment.

BY THE COURT:

**Date: August 8, 2024**

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

11919819.1